JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANTHONY GALVAN,<br><br>Petitioner,<br><br>V.<br><br>CARL DURON,<br><br>Respondent. | CASE NO. CV 25-5668 CV (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections.  After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that (1) the Motion to Dismiss is GRANTED; and (2) Judgment shall be entered dismissing this action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  7/1/26

*Cynthia Valenzuela*

CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE