# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ERIC ANTHONY GALVAN,

      Petitioner,

   v.

CARL DURON,

      Respondent.

Case No. CV 25-5668 CV (PVC)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  7/1/26

*Cynthia Valenzuela*

CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE